UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 3, 2023     **Time:** 9:08 – 9:34          **Judge:** BETH LABSON FREEMAN

                             **Total Time:** 26 Minutes

**Case No.:** 5:23-cr-00118-BLF-1     **Case Name:** UNITED STATES v. Sze

**Attorney for Plaintiff: Chris Kaltsas**
**Attorney for Defendant: Frank Ubhaus for Richard Sze - P/NC**
**Defendant:** [X] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [X] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell          **Reported by:** Summer Fisher
**Interpreter:** N/A                               **Probation Officer:** N/A

### PROCEEDINGS

**CHANGE OF PLEA**

**Change of Plea Hearing held.**

**Plea Agreement Executed in Open Court.**

**The Defendant Pleads GUILTY to COUNT 1 of the Information filed on 4/24/2023.**

**Case Referred to Probation for Preparation of a Presentencing Report.**

**CASE CONTINUED TO: February 6, 2024, at 9:00 a.m. for Sentencing.**

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

                                                 **Courtroom Deputy**
                                                 **Original E-Filed**