ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
CHRIS KALTSAS (NYBN 5490602)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-0118 BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM JUNE 11, 2024, TO JULY 30, 2024 |
| v. | |
| RICHARD SZE, | |
| Defendant. | |

    Defendant Richard Sze, by and through his counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

    The above-captioned matter is currently scheduled for sentencing on June 11, 2024. To allow additional time for the government to finalize its sentencing recommendation including any possible cooperation departure and to accommodate defense counsel's trial schedule, the parties jointly agree and request that the sentencing hearing be continued until July 30, 2024, at 9:00 a.m. The parties have consulted with the Court's deputy to confirm the Court's availability and have also consulted with the

//

//

assigned U.S. Probation Officer who is available on the newly requested date.

IT IS SO STIPULATED.

DATED: May 29, 2024               Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

      /s/
SAILAJA M. PAIDIPATY
CHRIS KALTSAS
Assistant United States Attorneys

DATED: May 29, 2024                      /s/
FRANK UBHAUS
BERLINER COHEN LLP
Counsel for Richard Sze

**[PROPOSED] ORDER**

With agreement of the parties and for the reasons stated above, the sentencing hearing currently set for June 11, 2024, is hereby continued until July 30, 2024 at 9 a.m.

IT IS SO ORDERED.

DATED:

HON. BETH LABSON FREEMAN
United States District Judge