UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 31, 2024   **Time:** 9:05 - 9:28   **Judge:** BETH LABSON FREEMAN

**Total Time:** 23 Minutes

**Case No.**: 5:23-cr-00118-BLF-1   **Case Name:** UNITED STATES v. Sze

**Attorney for Plaintiff:** Sailaja Paidipaty
**Attorney for Defendant:** Frank Ubhaus Appearing for Richard Sze - P/NC
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell   **Reported by:** Irene Rodriguez
**Interpreter:** N/A   **Probation Officer:** Jessin Britten

## PROCEEDINGS

**SENTENCING**

**Sentencing Hearing held.**

The Defendant is Sentenced as to Count 1 of the INFORMATION filed on 4/24/2023 to Probation for a term of 3 Years.

The Court Orders Restitution in the amount of $900,000.00; Fine in the amount of $15,000.00; Special Assessment in the amount of $100.00; and Forfeiture as Stated on the Record.

The Court Orders Defense Sentencing Memorandum Sealed.  Defense to file Redacted Version of Sentencing Memorandum no later than 8/2/2024.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Courtroom Deputy**
**Original E-Filed**